**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 5 2012

JAMES W. McCORMACK, CLERK
By: 
　　　　DEP CLERK

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                           MDL No. 2325

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –57)**

On February 7, 2012, the Panel transferred 80 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 456 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Aug 10, 2012<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>Jeffery N. Lüthi<br>Clerk of the Panel |



A TRUE COPY CERTIFIED ON
AUG 14 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By:_____ Deputy

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL No. 2325

## SCHEDULE CTO-57 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 5 | 12-00281 | Shambley et al v. Endo Pharmaceuticals et al |
| ARE | 5 | 12-00282 | Jacks v. Endo Pharmaceuticals et al |
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 12-03890 | GILLOCK v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-03891 | GRIFFITH v. ENDO PHARMACEUTICALS et al |
| TENNESSEE EASTERN | | | |
| TNE | 2 | 12-00277 | West v. American Medical Systems, Inc et al |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 12-02052 | Reyes et al v. Endo Pharmaceutical Holdings, Inc. et al |
| TXS | 4 | 12-02053 | Grubb et al v. American Medical Systems, Inc. et al |
| TXS | 4 | 12-02062 | Montgomery-Woods et al v. American Medical Systems, Inc. et al |
| TXS | 4 | 12-02063 | Thacker v. American Medical Systems, Inc. et al |
| VIRGINIA EASTERN | | | |
| VAE | 4 | 12-00108 | Belcher v. Endo Pharmaceuticals, Inc. et al |